**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHAT A SMOKE, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DURACELL U.S. OPERATIONS, INC.,<br><br>　　　　　Defendant. | Miscellaneous Civil Action No. 8:20-mc-63 (LEK/CFH)<br><br>Underlying Litigation No. 2:19-cv-16657-JMV-JAD (D. N.J.) |

| | |
|---|---|
| **MOTION BY:** | Defendant Duracell U.S. Operations, Inc., by its undersigned counsel. |
| **DATE, TIME, AND PLACE OF HEARING:** | _____, 2020 at _____ a.m. at the US District Court, Northern District of New York, The Gateway Building, 14 Durkee St., Plattsburgh, NY 12901. |
| **SUPPORTING PAPERS:** | Declaration of Robert N. Phillips, executed on October 23, 2020, with exhibits; Proposed Order; and Memorandum of Law, dated October 23, 2020. |
| **RELIEF REQUESTED:** | An Order, pursuant to Fed. R. Civ. P. 37 and 45, (i) directing Michael and Tyler Frennier to fully and completely respond to and comply with the document subpoenas within 5 days of the Order, and (ii) further stating that the Frenniers' failure to comply with the Order will result in an order of contempt of court and appropriate sanctions. |

Dated: October 23, 2020

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　By: */s/ Talia N. Fiano*
　　　　　　　　　　　　　　　　　　　Talia N. Fiano, Esq. (5587530)
　　　　　　　　　　　　　　　　599 Lexington Avenue, 22nd Floor
　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　tfiano@reedsmith.com

　　　　　　　　　　　　　　　　James T. Hultquist
　　　　　　　　　　　　　　　　10 S. Wacker Drive, 40th Floor

- 2 -

Chicago, IL 60606-7507
jhultquist@reedsmith.com

Robert N. Phillips
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
robphillips@reedsmith.com

*Attorneys for Defendant,*
*Duracell U.S. Operations, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of October, 2020, a true and correct copy of the foregoing notice of motion, and supporting papers referenced therein, was served upon the following counsel, via email and First Class Mail, addressed as follows:

> Howard Schwartz, Esq.
> Richard Gearhart, Esq.
> GEARHART LAW LLC
> 41 River Road
> Innovation Plaza, Suite 1A
> Summit, New Jersey 07901
> howard@gearhartlaw.com
> rgearhart@gearhartlaw.com

I additionally certify that on the 23rd day of October, 2020, a true and correct copy of the foregoing notice of motion, and supporting papers referenced therein, was served upon Michael Frennier and Tyler Frennier, via email and First Class Mail, addressed as follows:

> Michael Frennier
> Tyler Frennier
> 14 Plattsburg Plaza
> Plattsburg, NY 12901
> michael@mtvapes.com
> tyler@mtvapes.com

By: */s/ Talia N. Fiano*
Talia N. Fiano, Esq. (5587530)